# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

153976

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ALBERT KOSIS,
        Plaintiff-Appellee,

v

CITY OF LIVONIA,
        Defendant-Appellant.

SC: 153976
COA: 326211
Wayne CC: 13-015060-NO

_____/

      On order of the Court, the application for leave to appeal the May 12, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

p1214

December 21, 2016



Clerk